**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 20, 2026

Mr. Tyler J. Becker
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Brian Joseph Hoffman
Ocsilio Law
P.O. Box 181247
Cleveland Heights, OH 44691

Ms. Lisa Hammond Johnson
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Mr. Papu Sandhu
U.S. Department of Justice
450 Fifth Street, N.W.
Washington, DC 20001

Re: Case No. 26-3015
*E. V., et al v. Matthew Putra, et al*
Originating Case No. 4:25-cv-02069

Dear Sir or Madam,

Enclosed is a copy of the amended caption which is to be used in all future filings.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019