E. V.; M. F.E.

Petitioners - Appellees

v.

MATTHEW PUTRA, Director of the Detroit Field Office for U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; TODD W. BLANCHE, Acting U.S. Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security

Respondents - Appellants